IN THE UNITED STATES DISTRICT COURT
FOR THE <u>SOUTHERN</u> DISTRICT OF TEXAS
<u>CORPUS CRISTI</u> DIVISION

United States District Court
Southern District of Texas
FILED

FEB - 2 2000

MICHAEL N. MILBY CLERK

<u>CHAD EVERETTE SINGLETON #1085670</u>
Plaintiff's name and ID Number

<u>McCONNELL UNIT, 3001 S. Emily Dr., Beeville, TX 78102</u>
Place of Confinement

CASE NO. __C-00-045__
(Clerk will assign the number)

v.
<u>Melvin Bradshaw, (Address Unknown)</u>
<u>Norris Jackson, 3001 S. Emily Dr., Beeville, TX 78102</u>
<u>S. Schumacker, (Address Unknown)</u>
Defendant's name and address

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, <u>Chad Everette Singleton</u>, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment      Yes☐ No☑
   b. Rent payments, interest or dividends?             Yes☐ No☑
   c. Pensions, annuities or life insurance payments?   Yes☐ No☑
   d. Gifts or inheritances?                            Yes☐ No☑
   e. Family or friends?                                Yes☑ No☐
   f. Any other sources?                                Yes☐ No☑

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   Feb '99 - $30.00 (Sister) / Mar. '99 - None / Apr. '99 - None / May '99 - None / June '99 - $50.00 (Sister) / July '99 - 20.00 (Friend) / Aug. '99 - $50.00 (Sister) / Sept. '99 - None / Oct. '99 - $25.00 (Sister) / Nov '99 - None / Dec. '99 - $105.00 (Sister) / Jan '00 - None /

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes☑     No☐

   If you answered YES, state the total value of the items owned.

   To my knowledge and belief, either $87.81 or $77.91 in my Trust Fund Account.

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

        Yes ☐          No ☑

If you answered **YES**, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the _27_ day of _January_, _2000_.

_Chad E. Singleton_  _685670_
Signature of Plaintiff      ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

Revised 6/97

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE          01/27/00
ML18/SEN9611              IN-FORMA-PAUPERIS DATA                   09:09:03
TDCJ#: 00685670 SID#: 05051622 LOCATION: MCCONNELL       INDIGENT DTE: 00/00/00
NAME: SINGLETON,CHAD E              BEGINNING PERIOD: 07/01/99
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:      77.91 TOT HOLD AMT:        0.00 3MTH TOT DEP:       130.00
6MTH DEP:        200.00 6MTH AVG BAL:       34.33 6MTH AVG DEP:        33.33
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
12/99     110.91          105.00        09/99      60.41              0.00
11/99      25.86            0.00        08/99      60.41             50.00
10/99      35.77           25.00        07/99      47.36             20.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS, COUNTY OF _Bee_
ON THIS THE _27th_ DAY OF _Jan_, _2000_ I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

*Julia Z. Lopez*

JULIA Z. LOPEZ
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 09-13-2002