IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

APR - 4 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| CHAD E. SINGLETON § | |
| § | |
| V. § | C.A. NO. C-00-045 |
| § | |
| MELVIN BRADSHAW, ET AL § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO DISMISS PLAINTIFF'S CLAIMS

On March 3, 2000, United States Magistrate Judge Jane Cooper-Hill signed a Memorandum and Recommendation recommending that Plaintiff's action be dismissed for failure to state a claim upon which relief can be granted, and that to the extent Plaintiff lost good time credits, that claim be dismissed without prejudice to his right to file a habeas corpus challenge to the conviction. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that (1) Plaintiff's action is dismissed for failure to state a claim upon which relief can be granted; and (2) to the extent Plaintiff lost good time credits, that claim is dismissed without prejudice to Plaintiff's right to file a habeas corpus challenge to the conviction.

The clerk shall enter this order and provide a copy to all parties.

SIGNED this 29th day of March, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE