IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CHAD E. SINGLETON § | |
| § | |
| V.  § | C.A. NO. C-00-045 |
| § | |
| MELVIN BRADSHAW, ET AL § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Adopting Memorandum and Recommendation to Dismiss Claims, the Court enters final judgment dismissing Plaintiff's action for failure to state a claim upon which relief can be granted. To the extent Plaintiff lost good time credits, the Court enters final judgment dismissing that claim without prejudice to Plaintiff's right to file a habeas corpus challenge to the conviction.

ORDERED this 29th day of March, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE